**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:12-cr-189 |
| Phoenix Vaughn Martinez, | ) | |
| | ) | |
| Defendant. | ) | |

The court conducted a hearing on the petition for revocation of defendant's pretrial release on February 21, 2013, in Bismarck, North Dakota. Assistant United States Attorney Rick Volk appeared on the Government's behalf. Assistant Federal Public Defender Heather Mitchell appeared on defendant's behalf.

The court **ORDERS** that, until space is available at Centre, Inc. in Mandan, North Dakota ("Centre"), defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding. When space is available at Centre, the United States Marshal shall transport defendant to Centre as the Marshal's schedule permits. Defendant's release to Centre shall be subject to the release conditions previously imposed by the court in its order dated November 15, 2012.

Dated this 21st day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court